UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.

MATTHEW WOELK, IN PERSONAL AND PROFESSIONAL CAPACITY;  CITY OF PUNTA GORDA, MUNICIPALITY; CHARLLOTTE COUNTY, RON JANZ, IN PERSONAL AND PROFESSIONAL CAPACITY; WEISER SECURITY, MICHELLE MALDONADO-FLORES, CHARLOTTE COUNTY EVENT MANAGER,

    Defendants.

Case No. 2:25-cv-61-KCD-DNF

## ORDER

This case was before the Court for oral argument on several motions to dismiss. For the reasons stated on the record, the motions (Docs. 40, 41, 42, 43, 44, 45) are **GRANTED** and Plaintiff's Amended Complaint (Doc. 37) is dismissed without prejudice. Plaintiff may file an amended complaint within 14 days of this order.

**ORDERED** in Fort Myers, Florida on October 22, 2025.

Kyle C. Dudek
United States District Judge